1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
3  Los Angeles, CA 90071
   Telephone: 213-443-4355
4  Facsimile: 213-443-4310

5  Attorneys for Plaintiff OPEN TEXT CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| OPEN TEXT CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>HYLAND SOFTWARE, INC.,<br><br>   Defendant. | Case No. 8:20-cv-02116-DOC-ADS<br><br>**NOTICE OF RELATED CASES LOCAL RULE 83-1.3.1** |

NOTICE OF RELATED CASES LOCAL RULE 83-1.3.1

**TO THE COURT AND DEFENDANT AND ITS COUNSEL:**

Notice is hereby given that the following two matters are "related cases" within the meaning of Local Rule 83-1.3.1:

    Case No. 8:20-cv-02116-DOC-ADS, *Open Text Corporation v. Hyland Software, Inc.* (filed November 2, 2020); and

    Case No. 8:20-cv-02123-UA, *Open Text Corporation and Open Text S.A. ULC v. Hyland Software, Inc.* (filed November 3, 2020).

These two actions are "related cases" under Local Rule 83-1.3.1, because they:

    (b) call for determination of the same or substantially related or similar questions of law and fact; and

    (c) for other reasons would entail substantial duplication of labor if heard by different judges.

L.R. 83-1.3.1.

This Notice of Related Cases is *not* made on the basis the cases involve the same patent(s). The patents are, in fact, different in each case with no overlap between the two.

Pursuant to L.R. 83-1.3.1, Plaintiffs Open Text Corporation and Open Text S.A. ULC give the following brief factual statement to explain how the cases are related under the above factors (b) and (c).

Both cases involve a common Plaintiff, Open Text Corp., asserting allegations of patent infringement against the same Defendant, Hyland Software, Inc. Discovery against both Plaintiff Open Text Corp. and Defendant Hyland Software, Inc. are likely to substantially overlap in both cases, including on issues of competition, operation of the accused products, and damages. Further, both cases raise issues of patent infringement related to various aspects of enterprise content management software provided by Defendant Hyland Software, Inc. and will involve determination of similar legal and/or fact issues, including determinations of claim scope, determinations of infringement, damages calculations, and the availability and

appropriateness of injunctions.

    The related cases would have been filed as a single case, but the ownership of the patents in the higher-numbered case (including Plaintiff Open Text S.A. ULC, Open Text Corp.'s wholly-owned subsidiary, rather than directly by Open Text Corp. alone) required a separate suit for patent procedural reasons.

DATED: November 4, 2020        KING & SPALDING LLP

By: */s/Joseph N. Akrotirianakis*
     Joseph N. Akrotirianakis

*Attorneys for Plaintiff* OPEN TEXT CORPORATION