**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| OPEN TEXT CORP., <br><br> Plaintiff, <br><br> v. <br><br> HYLAND SOFTWARE, INC., <br><br> Defendants | Case No. 8:20-cv-02116-DOC-ADS <br> (*The Honorable David O. Carter*) <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: April 16, 2021

        /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE