**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-02116-DOC-ADS                                    Date: August 19, 2022

Title: OPEN TEXT CORP. V. HYLAND SOFTWARE, INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS RE: CLAIM CONSTRUCTION [193]**

On June 2, 2022, Special Master Hon. Andrew J. Guilford submitted to the Court his Report and Recommendations ("R&R") regarding claim construction of United States Patent No. 10,496,609 ("the '609 Patent") (Dkt. 193).

The parties do not object to the Special Master's recommendations. Having reviewed the recommendation, the Court **ADOPTS** the R&R as follows:

| Patent & Claims | Term | Construction |
|---|---|---|
| '609 Patent, Claims 1 & 7 | "wherein folder paths of the first device and the second device corresponding to storage of the first file are not synchronized" | No construction necessary |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 20-02116-DOC-ADSDate: August 19, 2022
Page 2

**I.     Disposition**

For the reasons given above, the Court **ADOPTS** the Special Master's Report and Recommendations in its entirety.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN